UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONTAY MOYA, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>KINDRED HEALTHCARE, INC., et al,<br><br>    Defendants. | Case No. 1:18-CV-00229-LJO JLT<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO ARBITRATE PLAINTIFF VOYA MONTAY'S CLAIMS**<br><br>(Doc. 6 |

Based upon the stipulation of counsel, the Court **ORDERS**:

1. This case is STAYED to allow the parties to engage in arbitration;

2. **Within 120 days and every 120 days thereafter and within 14 days of the final determination** of the arbitration, the parties and counsel **SHALL** file a report detailing the status of the matter and whether the stay should be lifted.


IT IS SO ORDERED.

   Dated:   **March 13, 2018**                **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE