UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONTAY MOYA, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KINDRED HEALTHCARE, INC., et al,<br><br>　　　　　Defendants. | Case No. 1:18-CV-00229-LJO JLT<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On July 18, 2018, the Court ordered the parties to show cause why sanctions should not be imposed for their failure to file a joint status report. (Doc. 8) They have now filed the report. (Doc, 9) Thus, the order to show cause is **DISCHARGED**. No further response by the parties is required.

IT IS SO ORDERED.

　Dated: **July 20, 2018**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**ORDER RE JOINT STIPULATION TO ARBITRATE PLAINTIFF VOYA MONTAY'S CLAIMS**