UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONTAY MOYA, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>KINDRED HEALTHCARE, INC., et al,<br><br>　　　　　　Defendants. | Case No. 1:18-CV-00229-LJO JLT<br><br>**ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH THE COURT'S ORDER FOR A THIRD TIME** |

When the Court stayed the case, upon the stipulation of the parties, it ordered, "Within 120 days and every 120 days thereafter and within 14 days of the final determination of the arbitration, the parties and counsel SHALL file a report detailing the status of the matter and whether the stay should be lifted." (Doc. 7) Although another 120 have passed since the last report, the parties have failed for the third time (Docs. 8, 16), to file the report. Thus, the Court **ORDERS**:

　　1.　　**<u>Within 10 days</u>**, the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's order.

IT IS SO ORDERED.

　　Dated:　**April 7, 2020**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE