UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONTAY MOYA, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>KINDRED HEALTHCARE, INC., et al,<br><br>            Defendants. | Case No.  1:18-CV-00229-LJO JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT (Doc. 22)** |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 22) Thus, the Court **ORDERS**:

   1.   The stipulation to dismiss the action **SHALL** be filed **no later than December 14, 2020**;

   2.   All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **October 14, 2020**                         **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE