1  JAY S. ROTHMAN (SBN 49739)
   O. DAVID NATANZI (SBN 199983)
2  **JAY S. ROTHMAN & ASSOCIATES**
   21900 Burbank Boulevard, Suite 210
3  Woodland Hills, California 91367
   Telephone: (818) 986-7870
4  Facsimile:   (818) 990-3019
   dnatanzi@jayrothmanlaw.com
5
   Attorneys for Plaintiff VONTAY MOYA
6

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10 **DIVISION**

11

12 | VONTAY MOYA, an individual, | Case No. 1:18-CV-00229-LJO-JLT |
13 | Plaintiff, | **ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS ACTION** |
14 | vs. | |
15 | | **(Doc. 24)** |
16 | KINDRED HEALTHCARE, INC., a Delaware corporation; ODYSSEY HEALTHCARE OPERATING A, LP, a Delaware limited partnership; and DOES 1 through 50, inclusive, | |
17 | | |
18 | | |
19 | Defendants. | |

20

21

22

23

24

25

26

27

28
                                    1
[~~PROPOSED~~] ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS ACTION

# ORDER

The parties have settled their case and have stipulated to the action being dismissed with prejudice and with each side to bear their own fees and costs.  (Doc. 24) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court.  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to assign this case to a district judge and to close this action.

IT IS SO ORDERED.

Dated:   **November 11, 2020**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE